# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 554 MAL 2021
:
Respondent   :
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :
:
:
ARTHUR MCCORKLE,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.